## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN G. JACKSON, et al., | : | Case No. C-1-01-0756 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | Magistrate Timothy S. Hogan |
| vs. | : | |
| | : | |
| SOY SOK, et al., | : | |
| | : | **NOTICE OF FILING CERTIFIED** |
| Defendants. | : | **COPY OF USF&G INSURANCE** |
| | : | **POLICY** |
| | : | |
| | : | |

Comes now Defendant, Fidelity & Guaranty Insurance Underwriters, Inc., and herewith gives notice of the filing of a certified copy, attached hereto, of the USF&G Insurance Company policy issued to Hater Industries, Inc. for the policy period 01/01/1997 to 01/01/1998.

Respectfully submitted,

/s/ Joseph W. Gelwicks
Joseph W. Gelwicks, Esq.        (0027108)
Trial attorney for Defendant  Fidelity &
    Guaranty Insurance Underwriters, Inc.,
**RENDIGS, FRY, KIELY & DENNIS,**
    **L.L.P.**
One West Fourth Street, Suite 900
Cincinnati, Ohio  45202
(513) 381-9211

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was mailed, via ordinary, U.S. Mail, postage prepaid, to the following on this _____ day of October 24, 2003.

| | |
|---|---|
| John H. Metz | Benjamin M. Maraan II, Esq. |
| 44th Floor Carew Tower | 5465 North Bend Road |
| 441 Vine Street | Suite 333 |
| Cincinnati, Ohio 45202-3016 | Cincinnati, Ohio 45247 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

Michael M. Neltner, Esq.
Freund Freeze & Arnold
Fourth & Walnut Centre
105 East Fourth Street, Suite 1400
Cincinnati, OH  45202-4006

                                                          /s/ Joseph W. Gelwicks
                                                          Joseph W. Gelwicks

240-1114