Joseph W. Gelwicks (0027108)
Trial Attorney for Defendant
Fidelity and Guaranty Insurance Underwriters, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

KEVIN G. JACKSON, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF PAULA K. JACKSON, DECEASED, et al.

      Plaintiffs

vs.

SOY SOK, et al.

      Defendants

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. C-1-01-0756

Judge Dlott

**AFFIDAVIT OF NANCY A. NEWCOM**

      Now comes Nancy Newcom, being fully cautioned and sworn, does depose and state as follows.

1. I am a Senior Claims Representative with Fidelity & Guaranty Insurance Underwriters, Inc.

2. I am currently assigned to adjust the above captioned claim asserted by Kevin Jackson arising out of an automobile accident which occurred on September 6, 1997. Kevin Jackson seeks uninsured motorists benefits under a policy which Fidelity and Guaranty Insurance Underwriters, Inc. issued to Hater Industries, Inc., effective for the date of the accident.

3. The claim file for the above referenced claim consists of records and documents made in the normal and ordinary course of business for Fidelity and Guaranty Insurance Underwriters, Inc. The records and documents in the claim file, which are currently under my care and control, demonstrate that Fidelity and Guaranty Insurance Underwriters, Inc. first received notice of this claim on August 8, 2000.

FURTHER AFFIANT SAYETH NAUGHT.

STATE OF Ohio       )
                    ) SS:
COUNTY OF Cuyahoga  )

_____
[signature]

Sworn to before me and subscribed in my presence by the said, Nancy Newcom, this _____ day of _____, 2003.

_____
Notary Public

Paul Truhan Notary Public
In And For The State Of Ohio
My Commission Expires Dec. 10, 2004