**MASTER INSURANCE POLICY - COMMON POLICY DECLARATIONS**   **USF&G® INSURANCE**

Policy No.  1MP 300991152 03        Renewal of  1MP 300991152 02

---

1. **NAMED INSURED AND MAILING ADDRESS:**
   (No., Street, City, State, Zip Code)

   ☐ United States Fidelity and Guaranty Company
   ☒ Fidelity and Guaranty Insurance Underwriters, Inc.
   ☐ Fidelity and Guaranty Insurance Company
   (Each a Stock Insurance Company)

   HATER INDUSTRIES, INC.
   240 STILLE DRIVE
   CINCINNATI, OH 45233

   The issuing company is designated above by the letter X.
   Branch Office:
   OHIO

   Agent:
   KNEFLIN-DILLHOFF-HILS &
   KRUSE AGENCY, INC

2. **POLICY PERIOD:**
   From 01/01/97  to  01/01/98
   12:01 A.M. standard time at your mailing address shown above.

   Address:
   414 WALNUT STREET, S-1210
   CINCINNATI, OH 45202

   Agent's Code: 3720   Subproducer No.: 000
   Countersigned By:

3. **BUSINESS DESCRIPTION**
   MACHINE SHOP

4. In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following Coverage Part(s) for which a premium is indicated. This premium may be subject to adjustment. The Policy Writing Minimum Premium is $500.00

| Coverage Part(s) | Premium |
|---|---|
| COMMERCIAL GENERAL LIABILITY | $ 6,762.00 |
| SUPERIOR PROPERTY PROGRAM | $ 4,286.00 |
| INFORMATION TECHNOLOGY | $ 250.00 |
| CONTRACTOR'S BLOCK | $ 353.00 |
|  | $ |
|  | $ |
| **Total Policy Premium** | $ 11,651.00 |

Premium is payable:                           At Inception    $   11,651.00

5. **FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS** (See specific form or endorsement for applicability to each coverage part.):

   CL/IL 00 21 02 88 ✓        IL 02 44 06 89 ✓
   CL/IL 154 07 90 ✓          IL 02 86 12 90 ✓
   CL/00 99 01 01 87 ✓        CL/IL 102 10 89M ✓
   IL 00 17 11 85 ✓

   SP00002

   Client No.: 0000742036            AGENCY BILL

CL/IL 102 10 89M
01/02/97                     BRANCH OFFICE COPY            01/02/97       (ISO IL 00 19 11 85)