FILED
JAMES BONINI
CLERK

03 DEC -9 PM 3:54

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KEVIN JACKSON, et al.                    Case No. C-1-01-0756
                                         [Judge Dlott]
    Plaintiffs

-vs-

SOY SOK, et al.

    Defendants

---

## AGREED EXTENSION TO RESPOND
## TO MOTIONS FOR SUMMARY JUDGMENT

The insurance coverage issues in this matter have brought about two separate cases arising out of the same set of factual circumstances: (i.e. **C-1-98-440** before Judge Weber and **C-1-01-0756** before Judge Dlott). In the interests of judicial economy; the risk of inconsistent rulings; the time of the court and attorneys; the moving parties herein, hereby agree and stipulate that the plaintiffs shall have a thirty (30) day extension in which to address the duplicity issues and see if the matter can be consolidated or otherwise resolved prior to responding to any motions. The plaintiffs shall have until **January 8th, 2004** to respond to defendant's motion for summary judgment.

Respectfully submitted,

_/s/ John H. Metz_
John H. Metz    [#001939]
4400 Carew Tower
441 Vine Street
Cincinnati, Ohio  45202
(513) 241-8844
Fax: (513) 241-6090
Attorney for Plaintiffs

Of Counsel: Benjamin Maraan, Esq.

/s/ Joseph W. Gelwicks, Esq. per phone consent 12/5/03

/s/ Thomas B. Bruns, Esq. per phone consent 12/9/03

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to: Joseph W. Gelwicks, Esq., Rendigs, Fry, Kiely & Dennis, 900 Fourth & Vine Tower, One West Fourth Street, Cincinnati, Ohio 45202; and Thomas B. Bruns, Esq. Freund, Freeze & Arnold, 105 E. Fourth Street, Suite 1400, Fourth and Walnut Centre, Cincinnati, Ohio 45202, and Soy Sok, c/o Warden Jeffrey Wolfe, NCI-Noble Correctional Institution, 15708 State Route 78, Caldwell, Ohio 43724, by ordinary U.S. Mail, postage prepaid, this 9th day of December, 2003.

*John H. Metz*