IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KEVIN G. JACKSON, et al,  :
:
    Plaintiff(s)  :
:  Case Number: 1:01cv756-SJD-TSH
vs.  :
:  District Judge Susan J. Dlott
SOY SOK, et al,  :
:
    Defendant(s)  :

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable Herman J. Weber.

IT IS SO ORDERED.

    _S/Susan J. Dlott_____
    Susan J. Dlott
    United States District Judge


    __S/ Herman J. Weber___
    Herman J. Weber
    Senior United States District Judge