First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

JUN 25 2004

43724

• Sender: Please print your name, address, and ZIP+4 in this box •

**UNITED STATES DISTRICT COURT**
**324 Potter Stewart Courthouse**
**100 East Fifth Street**
**Cincinnati, OH 45202**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Say Sok #352-483
Noble Corr. Instit
15708 State Rt 78 W.
Caldwell, Oh
43724-8902

2. Article Number
(Transfer from service label)

7001 2510 0008 6348 7516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Cp Rudolph
☒ Agent
☐ Addressee

B. Received by (Printed Name)  Cp Rudolph
C. Date of Delivery  6/25/04

Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540