UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**KEVIN JACKSON**
    **Plaintiff,**

-vs-                                                                                     Case No.  C-1-01-756

**SOY SOK, et al.**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

that the claims filed against defendant Sok in this case are DISMISSED **W**ITHOUT PREJUDICE AS MOOT.  This case is DISMISSED and is TERMINATED on the docket of this Court.

Date:  August 20,2004                                      JAMES BONINI, CLERK

                                                                     By:s/   Paul Hennessey
                                                                    Paul Hennessey, Deputy Clerk